IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00219 |
| v. | (Judge Brann) |
| RODREQUIS COUNCIL, | |
| Defendant. | |

## ORDER

### SEPTEMBER 1, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Council's motion for compassionate release, pursuant to 18 U.S.C. § 3582(c)(1)(A), (Doc. 47) is **DENIED**;

2. The Court **RECOMMENDS** that the Bureau of Prisons transfer Council to a facility with a dedicated hospital wing that is capable of adequately caring for Council should he contract COVID-19; and

3. The Office of the United States Attorney **SHALL DELIVER** a copy of this Order to the Bureau of Prisons.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge